UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| KENJA OMARI CARMICHAEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEFENDENT=S [sic] SHERIFFS DEPT. ET ALL. [sic], Sgt. TRAVIS LYSTROM,<br>CO RACHEL CANNING,<br>Sgt. CHRIS BLOOM and NURSE DIANE,<br><br>　　　　　Defendants. | Civil File No. 05-2647 (MJD/JJG)<br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 3, 2006

　　　　　　　　　　　　　　　　　　　　s / Michael J. Davis
　　　　　　　　　　　　　　　　　　　　MICHAEL J. DAVIS
　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court